# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2007

132082 & (62)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOUGLAS COBLE and ROCHELLE COBLE,
        Plaintiffs-Appellees,

v

RUSSELL L. GREEN and RUSSELL L.
GREEN, P.C.,
        Defendants-Appellants.

SC: 132082
COA: 257946
Ingham CC: 02-000272-NM

_____/

        On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to withdraw as appellate counsel is GRANTED.

        CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

_____
Clerk

p0320